# EXHIBIT A

Law Division Motion Section Initial Case Management Dates for Calendars (A,B,V,D,E,F,H,R,X,Z) will be heard In Person
All other Law Division Initial Case Management Dates will be heard via Zoom
For more information and Zoom Meeting IDs go to https //www cookcountycourt,org/HOME?Zoom-Links?Agg4906_SelectTab/12
Court Date 4/1/2026 9 00 AM

FILED
2/3/2026 1.28 PM
Mariyana Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2026L001302
Calendar, W
36483901

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| J&R INTERNATIONAL and 2436 NORTH MILWAUKEE, LLC, d/b/a LOGAN SQUARE CAR WASH, an Illinois Limited Liability Corporation, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No.: |
| NORTHFIELD INSURANCE COMPANY, | ) ) | |
| Defendant. | ) ) | |

## COMPLAINT AT LAW& JURY DEMAND

Plaintiff, J&R INTERNATIONAL and 2436 NORTH MILWAUKEE, LLC, d/b/a LOGAN

SQUARE CAR WASH ("J&R"), an Illinois Limited Liability Corporation, by and through its

attorneys, MAYER & MARSH, for its Complaint at Law and Jury Demand against Defendant,

NORTHFIELD INSURANCE COMPANY ("NORTHFIELD"), respectfully states as follows:

### COUNT I
#### *(Breach of Contract)*

1.      At all times pertinent hereto, Defendant, NORTHFIELD was an insurance company

authorized to do business, and doing business, in the State of Illinois.

2.      On or about August 27, 2024, Plaintiff, J&R owned commercial property in which

it operated a car wash business located at 2436 North Milwaukee Avenue, Chicago, Illinois, (the

"Premises").

3.      On or about August 27, 2024, the Premises sustained substantial hail, wind, storm

and water damage due to a severe thunder storm in the Chicago area (the "Occurrence").

1

FILED DATE 2/3/2026 1 28 PM 2026L001302

4.     On or about August 27, 2024, the Premises was damaged as a result of the Occurrence and sustained sudden accidental direct physical loss.

5.     At all times relevant hereto, a policy of insurance, Number WS579326 (the "Policy"), issued by Defendant, NORTHFIELD to Plaintiff, J&R, was in full force and effect and covered the Premises from July 11, 2024, to July 11, 2025. *(See the Policy, attached hereto as Ex. "A.")*

6.     On or about August 27, 2024, Plaintiff, J&R submitted a claim as a result of the Occurrence, claim number F3J0874, to Defendant, NORTHFIELD pursuant to the Policy's BUILDING AND PERSONAL PROPERTY COVERAGE provision which stated in pertinent part as follows:

### A. Coverage

We will pay for direct physical loss of an or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

*     *     +

### CAUSES OF LOSS

### A. Covered Causes of Loss

4.     Windstorm or Hail, but not including:

c.     Loss or damage to the interior of any building or structure, or the property inside the building or structure, caused by ain, snow, sand or dust, whether driven by wind or not, unless the building or structure first sustains wind or hail damage to its roof or walls through which the rain, snow sand or dust enters .......

### LIMITATIONS ON COVERAGE FOR ROOF SURFACING

B.     The following applies with respect to loss or damage by wind or hail to a building or structure identified in the Schedule as being subject to this Paragraph B.:

2

FILED DATE 2/3/2026 1 28 PM 2026L001302

We will not pay for cosmetic damage to roof surfacing caused by wind or hail. For the purpose of thsi endorsement, cosmetic damage means marring, pitting or any other damage that alters the physical appearance of any part of the roof surfacing but doew not result in damage that allows the penetration of water or other outdoor elements through the roof surfacing immediately following the loss or des not result in the failure of the roof surfacing to perform its intended function immediately following the loss.

C. For the purpose of this endorsement, roof surfacing refers all roofing materials that are exposed to the weather and any materials that:

1. Extend above the surface of the roof, such as vents, vent caps, turbines and piping;

2 Are used in securing the roof surface; and

3. Are applied to or under the roof surface for moisture protection, including all flashing.

*(See Policy, attached hereto as Ex. "A.")*

7. On or about May 8, 2025, Defendant, NORTHFIELD, despite having been provided with Doppler radar and meteorological evidence showing credible likelihood of severe weather at the Premises which produced 1.25" - 2.50" maximum hail sizes, denied Plaintiff, J&R's claim because "the roof membrane coating was hail-damaged prior to this policy effective date of July 11, 2024, and no storm with the potential to produce hail of at least 0.75" inches in diameter occurred within 1 mile of the property after July 11, 2024." *(See 05/08/25 Letter, attached hereto as Ex. "B.")*

8. Plaintiff, J&R has performed all conditions precedent under the Policy on his part to be performed.

9. Despite Plaintiff, J&R's demands, Defendant, NORTHFIELD has breached the terms and conditions of the Policy by failing and refusing to cover J&R's property damage claim and pay J&R the property damages sustained by the Premises.

FILED DATE 2/3/2026 1 28 PM 2026L001302

10. As a direct and proximate result of Defendant, NORTHFIELD's breach of the Policy, Plaintiff, J&R has been damaged in the amount in excess of $50,000.00, with interest thereon at the statutory rate annually from August 27, 2024, plus attorneys' fees and costs.

WHEREFORE, Plaintiff, J&R INTERNATIONAL and 2436 NORTH MILWAUKEE, LLC, d/b/a LOGAN SQUARE CAR WASH prays for judgment against Defendant, NORTHFIELD INSURANCE COMPANY in an amount of $50,000.00, with interest thereon at the statutory rate annually from August 27, 2024, plus attorneys' fees, costs, and any other damages recoverable by law.

## COUNT II
### *(Vexatious and Unreasonable Delay of Payment Under 215 ILCS 5/155)*

11. Plaintiff, J&R repeats and realleges Paragraphs 1-11 of this Complaint at Law as and for Paragraph 11 of Count II.

12. At all times relevant hereto, Section 154.6 of the Illinois Insurance Code was in full force and effect which stated in pertinent part as follows:

> Sec. 154.6. Acts constituting improper claims practice. Any of the following acts by a company, if committed without just cause and in violation of Section 154.5, constitutes an improper claims practice:
>
> (a) Knowingly misrepresenting to claimants and insureds relevant facts or policy provisions relating to coverages at issue;
>
>              *       *       *
>
> (c) Failing to adopt and implement reasonable standards for the prompt investigations and settlement of claims arising under its policies;
>
> (d) Not attempting in good faith to effectuate prompt, fair and equitable settlement of claims submitted in which liability has become reasonably clear;
>
> (e) Compelling policyholders to institute suits to recover amounts due under its policies by offering substantially less than the amounts ultimately recovered in suits brought by them;
>
>              *       *       *
>
> (h) Refusing to pay claims without conducting a reasonable investigation based on all available information;
>
>              *       *       *

4

FILED DATE 2/3/2026 1 28 PM 2026L001302

(n) Failing in the case of the denial of a claim or the offer of a compromise settlement to promptly provide a reasonable and accurate explanation of the basis in the insurance policy or applicable law for such denial or compromise settlement; * * *

*215 ILCS 5/154.6 (West 2022).*

13. Defendant, NORTHFIELD's denial of Plaintiff, J&R's claim, and its use of unfair and deceptive acts and practices as alleged herein, including but not limited to the use or employment of deception, false pretense, false promises, misrepresentations and/or the concealment, suppression or omission of material facts, with intent J&R would rely thereon, misrepresents the Policy provisions relating to coverages at issue in violation of Section 154.6(a) of the Illinois Insurance Code by stating the Occurrence was not covered under the Policy because "the roof membrane coating was hail-damaged prior to this policy effective date of July 11, 2024, and no storm with the potential to produce hail of at least 0.75" inches in diameter occurred within 1 mile of the property after July 11, 2024," when NORTHFIELD knew the Occurrence was covered because J&R provided NORTHFIELD with Doppler radar and meteorological evidence showing credible likelihood of severe weather at the Premises which produced 1.25" - 2.50" maximum hail sizes, and denied Plaintiff, J&R's claim.

14. By denying coverage of Plaintiff, J&R's claim, and by its use of unfair and deceptive acts and practices as alleged herein, including but not limited to the use or employment of deception, false pretense, false promises, misrepresentations and/or the concealment, suppression or omission of material facts, with intent J&R would rely thereon, Defendant, NORTHFIELD violated Sections 154.6(c), (d), (e), (h), and (n) of the Illinois Insurance Code by: (1) denying J&R's claim for reasons it knew to be untrue; (2) failing to adopt and implement reasonable standards for the prompt investigations and settlement of claims arising under its policies; (3) not attempting in good faith

5

to effectuate prompt, fair and equitable settlement of claims submitted in which liability has become reasonably clear; (4) compelling policyholders, like J&R to institute suits to recover amounts due under its policies by offering substantially less than the amounts ultimately recovered in suits brought by them; (5) refusing to pay claims without conducting a reasonable investigation based on all available information; and (6) failing to promptly provide a reasonable and accurate explanation of the basis in the insurance policy or applicable law for such denial or compromise settlement.

15. Plaintiff, J&R is entitled to a remedy under Section 155 of the Illinois Insurance Code for Defendant, NORTHFIELD's violation of the provisions of Section 154.6 of the Illinois Insurance Code. *215 ILCS 5/155 (West 2022).*

16. Section 155 of the Illinois Insurance Code states in pertinent part as follows:

**Sec. 155.** Attorney fees. (1) In any action by or against a company wherein there is in issue the liability of a company on a policy or policies of insurance or the amount of the loss payable thereunder, or for an unreasonable delay in settling a claim, and it appears to the court that such action or delay is vexatious and unreasonable, the court may allow as part of the taxable costs in the action reasonable attorney fees, other costs, plus an amount not to exceed any one of the following amounts:

(a) 60% of the amount which the court or jury finds such party is entitled to recover against the company, exclusive of all costs;
(b) $ 60,000;
(c) the excess of the amount which the court or jury finds such party is entitled to recover, exclusive of costs, over the amount, if any, which the company offered to pay in settlement of the claim prior to the action.

(2) Where there are several policies insuring the same insured against the same loss whether issued by the same or by different companies, the court may fix the amount of the allowance so that the total attorney fees on account of one loss shall not be increased by reason of the fact that the insured brings separate suits on such policies.

*215 ILCS 5/155 (West 2022).*

17. Defendant, NORTHFIELD's refusal to cover Plaintiff, J&R's claim and pay for the property damage it sustained as set forth herein, and its use of unfair and deceptive acts and practices as alleged herein, including but not limited to the use or employment of deception, false pretense, false promises, misrepresentations and/or the concealment, suppression or omission of material facts, with intent J&R would rely thereon, is vexatious and unreasonable as proscribed by Section 155 of the Illinois Insurance Code. *215 ILCS 5/155 (West 2022).*

18. As a direct and proximate result of Defendant, NORTHFIELD's vexatious and unreasonable breach of the Policy, Plaintiff, J&R has been damaged in an amount in excess of $50,000.00, with interest thereon at the statutory rate annually from August 27, 2024, plus attorneys' fees and costs and such other amounts as are allowed pursuant to Section 155 of the Insurance Code.

WHEREFORE, Plaintiff, J&R INTERNATIONAL and 2436 NORTH MILWAUKEE, LLC, d/b/a LOGAN SQUARE CAR WASH prays for judgment against Defendant, NORTHFIELD INSURANCE COMPANY in an amount of $50,000.00, with interest thereon at the statutory rate annually from August 27, 2024, plus attorneys' fees, costs, and any other amounts as are allowed pursuant to Section 155 of the Illinois Insurance Code.

Respectfully submitted,

MAYER & MARSH

One of Plaintiff's Attorneys

Michael V. Marsh
MAYER & MARSH
100 North LaSalle Street, Suite 1910
Chicago, Illinois 60602
Phone: (312) 980-0462
Telefax: (312) 980-0465
Att'y I.D. No. 24990
E-Mail: mmarsh@mayerandmarshlaw.com

7

FILED DATE: 2/3/2026 1:28 PM   2026L001302

Firm I.D. 24990

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

J&R INTERNATIONAL and 2436 NORTH )
MILWAUKEE, LLC, d/b/a LOGAN SQUARE )
CAR WASH, an Illinois Limited Liability )
Corporation, )
                                      )
            Plaintiff, )
                                      )
         v. )          No.:
                                        )
NORTHFIELD INSURANCE COMPANY, )
                                        )
            Defendant. )
                                        )

## ILLINOIS SUPREME COURT RULE 222 AFFIDAVIT

Pursuant to Supreme Court Rule 222, the undersigned, attorney for Plaintiff, J&R

INTERNATIONAL and 2436 NORTH MILWAUKEE, LLC, d/b/a LOGAN SQUARE CAR WASH

states the total amount of damages sought does exceed $50,000.00.

Respectfully submitted,

MAYER & MARSH

                                 One of Plaintiff's Attorneys

Michael V. Marsh
MAYER & MARSH
100 North LaSalle Street
Suite 1910
Chicago, Illinois 60602
Phone: (312) 980-0462
Telefax: (312) 980-0465
Att'y I.D. No. 24990

8

 **Northfield Insurance Company**
385 Washington Street, St. Paul, MN 55102
1-800-237-9334    Claims· 1-800-328-5972

FILED DATE 2/3/2026 1 28 PM   2026L001302

# COMMERCIAL INSURANCE POLICY

**Your Policy Number:**  WS579326

This policy consists of this policy cover, the Declarations and the forms, schedules and endorsements listed.  READ YOUR POLICY CAREFULLY.

In return for the payment of the premium, the insuring company agrees with the Named Insured to provide the insurance afforded by this policy.  That insurance will be provided by the company indicated as insuring company in the Declarations.

**In Witness Whereof,** we have caused this policy to be executed and attested, but this policy shall not be valid unless countersigned by a duly authorized representative for us.

_Wendy C. Shi_
Secretary

_[signature]_
President

S1-IL (9/05) (Rev. 9-18)


**PLAINTIFF'S EXHIBIT**
_A_



**Northfield Insurance Company**
St. Paul, MN 55102

**COMMON POLICY
DECLARATIONS**

Policy No: WS579326

Agency No: 192000          Producer No: HOUP1A1          Previous Policy No: NEW

POLICY PERIOD:    From 07/11/2024   To 07/11/2025      Term: 1 Year
at 12:01 A.M. at your mailing address shown below.

Named Insured:
J&R International and 2436 N Milwaukee, LLC DBA Logan Square Car Wash

Mailing Address: 2436 N Milwaukee Ave

Chicago                              IL  60647
BUSINESS DESCRIPTION: Hand Car Wash

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY,
WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT

| COVERAGE PART DESCRIPTION | PREMIUM |
|---|---|
| Commercial General Liability Coverage Part | $ 7,039.00 |
| Commercial Property Coverage Part | $ 4,981.00 |
| PREMIUM TOTAL | $ 12,020.00 |
| Policy Fee | $ 200.00 |
| Inspection Fee | $ 200.00 |
| Fire Marshal Tax | $ 48.00 |
| Stamping Fee | $ 5.00 |
| Surplus Lines Tax | $ 421.00 |
| POLICY TOTAL | $ 12,894.00 |

Minimum earned premium of 25% of the policy premium applies in the event of cancellation.
Policy Fee is fully earned at inception and non-refundable in the event of flat cancellation.
Inspection Fee is fully earned at inception and non-refundable in the event of flat cancellation.

Notice to Policyholder: This contract is issued, pursuant to Section 445 of the Illinois Insurance
Code, by a company not authorized and licensed to transact business in Illinois and as such is
not covered by the Illinois Insurance Guaranty Fund.

To Report a Loss
• Dial toll-free #1 (844)777-8323 or visit our
• Website: https://my.rpsins.com/claimsfnol
• Contact Insurer directly (see policy section)

FORMS AND ENDORSEMENTS
The schedule of coverage declarations, forms and endorsements shown on S1D-ILS make up your policy as of the
effective date shown above.

Agency Name/Address:       708-242-4040
G.A. Mavon & Company                    Houpis, Weisberg & Scharff Ins
10 W. Chicago Avenue                    3100 W. Dundee Rd., Ste 112
Hinsdale, IL 60521-3499                 Northbrook, IL 60062

Countersigned: ___07/24/2024 PS___ By _____
                      Date                              Authorized Representative

S1D-IL (9/05)        Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FILED DATE 2/3/2026 1 28 PM 2026L091302



**Northfield Insurance Company**
St. Paul, MN 55102

# COMMERCIAL PROPERTY
# COVERAGE PART DECLARATIONS

**Effective Date:** 07/11/2024 12:01 A.M. at your mailing address          **Policy No:** WS579326

**Named Insured:**
J&R International and 2436 N Milwaukee, LLC DBA Logan Square Car Wash

### DESCRIPTION OF PREMISES

| PREM. # | BLDG. # | Location (Including County, Zip Code), # of Stories, Construction, Occupancy, Protection Class |
|---|---|---|
| 001 | 001 | 2436 N Milwaukee Ave, Chicago, IL, Cook, 60647, 2 Story, Masonry Non-Combustible, Hand Car Wash, PC1 |

**COVERAGES PROVIDED** Insurance at the Described Premises applies only for Coverages for which a Limit of Insurance is shown below
**IF EXTRA EXPENSE COVERAGE, LIMITS ON LOSS PAYMENTS          RC - Replacement Cost
FE - Fully Earned

| PREM # | BLDG # | Coverage | Limit of Insurance | Percent of Coinsurance** | Covered Causes of Loss | Rates | Premium |
|---|---|---|---|---|---|---|---|
| 001 | 001 | Building | $ 1,125,000 RC | 90% | Basic | .4200 | $ 4,725.00 |
| 001 | 001 | BPP- Contents | $ 30,000 | 80% | Basic | .8530 | $ 256.00 |

**COVERAGE OPTIONS**   Applicable only when entries are made in the Schedule below.          *APPLIES TO BUSINESS INCOME ONLY

| PREM. # | BLDG # | Coverage | Agreed Value Expir. Date | Amount | *Mo Limit of Indemnity | *Max. Period of Indemnity | *Extended Period of Indemnity |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| DEDUCTIBLE $ See S2649-CP and S2895-CP |
|---|
| COVERAGE PART PREMIUM $ 4981.00 |

### MORTGAGE HOLDERS

Mortgage Holders as scheduled on S2767-CP, if applicable.

### FORMS AND ENDORSEMENTS

The schedule of coverage declarations, forms and endorsements shown on S1D-ILS make up your policy as of the effective date shown above.

THESE DECLARATIONS AND THE COMMON POLICY DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY

© 2021 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission

S9D-CP (11/21)

**COMMERCIAL PROPERTY**
CP 00 10 10 12

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section H. Definitions.

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.,** and limited in **A.2.,** Property Not Covered, If a Limit Of Insurance is shown in the Declarations for that type of property.

**a. Building,** meaning the building or structure described in the Declarations, including·

(1) Completed additions;

(2) Fixtures, including outdoor fixtures;

(3) Permanently installed:

(a) Machinery; and

(b) Equipment;

(4) Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

(a) Fire-extinguishing equipment;

(b) Outdoor furniture;

(c) Floor coverings, and

(d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

(5) If not covered by other insurance:

(a) Additions under construction, alterations and repairs to the building or structure;

(b) Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**b. Your Business Personal Property** consists of the following property located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater.

(1) Furniture and fixtures;

(2) Machinery and equipment,

(3) "Stock";

(4) All other personal property owned by you and used in your business;

(5) Labor, materials or services furnished or arranged by you on personal property of others;

(6) Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

(a) Made a part of the building or structure you occupy but do not own; and

(b) You acquired or made at your expense but cannot legally remove;

(7) Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others.

**c. Personal Property Of Others** that is:

(1) In your care, custody or control: and

Copyright, Insurance Services Office, Inc., 2011

(2) Located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater.

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**2. Property Not Covered**

Covered Property does not include:

a. Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities Lottery tickets held for sale are not securities,

b. Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings,

c Automobiles held for sale;

d. Bridges, roadways, walks, patios or other paved surfaces,

e. Contraband, or property in the course of illegal transportation or trade;

f. The cost of excavations, grading, backfilling or filling;

g. Foundations of buildings, structures, machinery or boilers if their foundations are below:

(1) The lowest basement floor; or

(2) The surface of the ground, if there is no basement,

h. Land (including land on which the property is located), water, growing crops or lawns (other than lawns which are part of a vegetated roof),

i. Personal property while airborne or waterborne;

j. Bulkheads, pilings, piers, wharves or docks,

k. Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

l. Retaining walls that are not part of a building;

m. Underground pipes, flues or drains;

n. Electronic data, except as provided under the Additional Coverage, Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph n., does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system;

o. The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data,

p. Vehicles or self-propelled machines (including aircraft or watercraft) that:

(1) Are licensed for use on public roads' or

(2) Are operated principally away from the described premises

This paragraph does not apply to:

(a) Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

(b) Vehicles of self-propelled machines, other than autos, you hold for sale,

Copyright, Insurance Services Office, Inc , 2011

CP 00 10 10 12

(c) Rowboats or canoes out of water at the described premises; or

(d) Trailers, but only to the extent provided for in the Coverage Extension for Non-owned Detached Trailers.

q. The following property while outside of buildings:

(1) Grain, hay, straw or other crops;

(2) Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), all except as provided in the Coverage Extensions.

3. **Covered Causes Of Loss**

See applicable Causes Of Loss form as shown in the Declarations.

4 **Additional Coverages**

a. **Debris Removal**

(1) Subject to Paragraphs (2), (3) and (4), we will pay your expense to remove debris of Covered Property and other debris that is on the described premises, when such debris is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

(2) Debris Removal does not apply to costs to:

(a) Remove debris of property of yours that is not insured under this policy, or property in your possession that is not Covered Property;

(b) Remove debris of property owned by or leased to the landlord of the building where your described premises are located, unless you have a contractual responsibility to insure such property and it is insured under this policy;

(c) Remove any property that is Property Not Covered, including property addressed under the Outdoor Property Coverage Extension;

(d) Remove property of others of a type that would not be Covered Property under this Coverage Form;

(e) Remove deposits of mud or earth from the grounds of the described premises;

(f) Extract "pollutants" from land or water; or

(g) Remove, restore or replace polluted land or water.

(3) Subject to the exceptions in Paragraph (4), the following provisions apply:

(a) The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

(b) Subject to (a) above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage. However, if no Covered Property has sustained direct physical loss or damage, the most we will pay for removal of debris of other property (if such removal is covered under this Additional Coverage) is $5,000 at each location

(4) We will pay up to an additional $25,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply

(a) The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage

(b) The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if (4)(a) and/or (4)(b) applies, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $25,000.

**(5) Examples**

The following examples assume that there is no Coinsurance penalty.

Example 1

| | |
|---|---|
| Limit of Insurance | $90,000 |
| Amount of Deductible | $    500 |
| Amount of Loss, | $50,000 |
| Amount of Loss Payable | $49,500 |
| | ($50,000 - $500) |
| Debris Removal Expense· | $10,000 |
| Debris Removal Expense Payable: | $10,000 |
| ($10,000 is 20% of $50,000) | |

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance Therefore, the full amount of debris removal expense is payable in accordance with the terms of Paragraph (3).

Example 2

| | |
|---|---|
| Limit of Insurance· | $90,000 |
| Amount of Deductible: | $    500 |
| Amount of Loss | $80,000 |
| Amount of Loss Payable. | $79,500 |
| | ($80,000 - $500) |
| Debris Removal Expense. | $40,000 |
| Debris Removal Expense Payable | |
|        Basic Amount: | $10,500 |
|        Additional Amount: | $25,000 |

The basic amount payable for debris removal expense under the terms of Paragraph (3) is calculated as follows: $80,000 ($79,500 + $500) x 25 = $20,000; capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000)

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph (4), because the debris removal expense ($40,000) exceeds 25% of the loss payable plus the deductible ($40,000 is 50% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $40,000 = $119,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $25,000, the maximum payable under Paragraph (4). Thus, the total payable for debris removal expense in this example is $35,500; $4,500 of the debris removal expense is not covered.

**b. Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property·

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for service at each premises described in the Declarations, unless a higher limit is shown in the Declarations. Such limit is the most we will pay regardless of the number of responding fire departments or fire units, and regardless of the number or type of services performed.

This Additional Coverage applies to your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

**d. Pollutant Clean-Up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

     Copyright, Insurance Services Office, Inc , 2011     CP 00 10 10 12

FILED DATE 2/3/2026 1 28 PM 2026L001302

**e. Increased Cost Of Construction**

(1) This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

(2) In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with the minimum standards of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in e.(3) through e.(9) of this Additional Coverage

(3) The ordinance or law referred to in e.(2) of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises and is in force at the time of loss.

(4) Under this Additional Coverage, we will not pay any costs due to an ordinance or law that.

(a) You were required to comply with before the loss, even when the building was undamaged, and

(b) You failed to comply with.

(5) Under this Additional Coverage, we will not pay for

(a) The enforcement of or compliance with any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria, or

(b) Any costs associated with the enforcement of or compliance with an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

(6) The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable Coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance

(7) With respect to this Additional Coverage:

(a) We will not pay for the Increased Cost of Construction:

(i) Until the property is actually repaired or replaced, at the same or another premises; and

(ii) Unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

(b) If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of e.(6) of this Additional Coverage, is the increased cost of construction at the same premises.

(c) If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of e.(6) of this Additional Coverage, is the increased cost of construction at the new premises.

(8) This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

(9) The costs addressed in the Loss Payment and Valuation Conditions and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of or compliance with an ordinance or law. The amount payable under this Additional Coverage, as stated in e.(6) of this Additional Coverage, is not subject to such limitation.

f. Electronic Data

(1) Under this Additional Coverage, electronic data has the meaning described under Property Not Covered, Electronic Data. This Additional Coverage does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system

(2) Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss  To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

(3) The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage, Electronic Data, subject to the following:

(a) If the Causes Of Loss - Special Form applies, coverage under this Additional Coverage, Electronic Data, is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

(b) If the Causes of Loss - Broad Form applies, coverage under this Additional Coverage, Electronic Data includes Collapse as set forth in that form

(c) If the Causes of Loss form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Electronic Data

(d) The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation  But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

(4) The most we will pay under this Additional Coverage, Electronic Data, is $2,500 (unless a higher limit is shown in the Declarations) for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved  If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year.  With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

5. Coverage Extensions

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more, or a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

a. Newly Acquired Or Constructed Property

(1) Buildings

If this policy covers Building, you may extend that insurance to apply to,

(a) Your new buildings while being built on the described premises; and

(b) Buildings you acquire at locations, other than the described premises, intended for:

Copyright, Insurance Services Office, Inc., 2011

(i) Similar use as the building described in the Declarations; or

(ii) Use as a warehouse

The most we will pay for loss or damage under this Extension is $250,000 at each building.

**(2) Your Business Personal Property**

(a) If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

(i) Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions; or

(ii) Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

(b) This Extension does not apply to.

(i) Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

(ii) Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3) Period Of Coverage**

With respect to insurance provided under this Coverage Extension for Newly Acquired Or Constructed Property, coverage will end when any of the following first occurs:

(a) This policy expires;

(b) 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

(c) You report values to us

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property

**b. Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to.

(1) Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

(2) Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property

**c. Valuable Papers And Records (Other Than Electronic Data)**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data Electronic data has the meaning described under Property Not Covered, Electronic Data.

(2) If the Causes Of Loss - Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

(3) If the Causes Of Loss - Broad Form applies, coverage under this Extension includes Collapse as set forth in that form.

(4) Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations Such amount is additional insurance We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist) and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and therefore, coverage of such costs is not additional insurance.

FILED DATE 2/3/2026 1 28 PM 2026L001302

**d. Property Off-Premises**

(1) You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

(a) Temporarily at a location you do not own, lease or operate,

(b) In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

(c) At any fair, trade show or exhibition.

(2) This Extension does not apply to property·

(a) In or on a vehicle; or

(b) In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

(3) The most we will pay for loss or damage under this Extension is $10,000.

**e. Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss.

(1) Fire,

(2) Lightning;

(3) Explosion,

(4) Riot or Civil Commotion; or

(5) Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs and plants which are the property of others, except in the situation in which you are a tenant and such property is owned by the landlord of the described premises

**f. Non-Owned Detached Trailers**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that·

(a) The trailer is used in your business;

(b) The trailer is in your care, custody or control at the premises described in the Declarations; and

(c) You have a contractual responsibility to pay for loss or damage to the trailer,

(2) We will not pay for any loss or damage that occurs.

(a) While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion,

(b) During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance

(3) The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations

(4) This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property

**g. Business Personal Property Temporarily In Portable Storage Units**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to such property while temporarily stored in a portable storage unit (including a detached trailer) located within 100 feet of the building or structure described in the Declarations or within 100 feet of the premises described in the Declarations, whichever distance is greater

(2) If the applicable Covered Causes of Loss form or endorsement contains a limitation or exclusion concerning loss or damage from sand, dust, sleet, snow, ice or rain to property in a structure, such limitation or exclusion also applies to property in a portable storage unit.

(3) Coverage under this Extension:

(a) Will end 90 days after the business personal property has been placed in the storage unit;

 Copyright, Insurance Services Office, Inc., 2011 CP 00 10 10 12

FILED DATE 2/3/2026 1 28 PM 2026L001302

(b) Does not apply if the storage unit itself has been in use at the described premises for more than 90 consecutive days, even if the business personal property has been stored there for 90 or fewer days as of the time of loss or damage

(4) Under this Extension, the most we will pay for the total of all loss or damage to business personal property is $10,000 (unless a higher limit is indicated in the Declarations for such Extension) regardless of the number of storage units. Such limit is part of, not in addition to, the applicable Limit of Insurance on Your Business Personal Property. Therefore, payment under this Extension will not increase the applicable Limit of Insurance on Your Business Personal Property

(5) This Extension does not apply to loss or damage otherwise covered under this *Coverage Form or any endorsement to this Coverage Form or policy*, and does not apply to loss or damage to the storage unit itself.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional *Condition, Coinsurance*, does not apply to these Extensions.

**B. Exclusions And Limitations**

See applicable *Causes Of Loss* form as shown in the Declarations

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to a building, is $2,500 per sign in any one occurrence.

The amounts of insurance stated in the following *Additional Coverages* apply in accordance with the terms of such coverages and are separate from the Limit(s) Of Insurance shown in the Declarations for any other coverage·

1. Fire Department Service Charge,

2. Pollutant Clean-up And Removal,

3. Increased Cost Of Construction; and

4. Electronic Data.

Payments under the Preservation Of Property Additional Coverage will not increase the applicable Limit of Insurance.

**D. Deductible**

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss If the adjusted amount of loss exceeds the Deductible, we will then subtract the *Deductible from the adjusted amount of loss and will* pay the resulting amount or the Limit of Insurance, whichever is less

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible But the Deductible will be applied only once per occurrence.

Example 1

(This example assumes there is no Coinsurance penalty )

| | | |
|---|---|---|
| Deductible: | $ | 250 |
| Limit of Insurance - Building 1. | $ | 60,000 |
| Limit of Insurance - Building 2. | $ | 80,000 |
| Loss to Building 1: | $ | 60,100 |
| Loss to Building 2· | $ | 90,000 |

The amount of loss to Building 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Building 1 plus the Deductible

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Building 1·

$ 60,100
-  250
$ 59,850 Loss Payable - Building 1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Building 2. Loss payable for Building 2 is the Limit of Insurance of $80,000.

Total amount of loss payable
$59,850 + 80,000 = $139,850

Example 2

(This example, too, assumes there is no Coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example 1.

| | | |
|---|---|---|
| Loss to Building 1: | $ | 70,000 |
| (Exceeds Limit of Insurance plus Deductible) | | |
| Loss to Building 2. | $ | 90,000 |
| (Exceeds Limit of Insurance plus Deductible) | | |
| Loss Payable - Building 1: | $ | 60,000 |
| (Limit of Insurance) | | |
| Loss Payable - Building 2: | $ | 80,000 |
| (Limit of Insurance) | | |
| Total amount of loss payable | $ | 140,000 |

 Copyright, Insurance Services Office, Inc., 2011

## E. Loss Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

### 1. Abandonment

There can be no abandonment of any property to us

### 2. Appraisal

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding Each party will:

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally

If there is an appraisal, we will still retain our right to deny the claim

### 3. Duties In The Event Of Loss Or Damage

a. You must see that the following are done in the event of loss or damage to Covered Property.

(1) Notify the police if a law may have been broken

(2) Give us prompt notice of the loss or damage Include a description of the property involved

(3) As soon as possible, give us a description of how, when and where the loss or damage occurred

(4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination

(5) At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

(6) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also, permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(7) Send us a signed, sworn proof of loss containing the information we request to investigate the claim You must do this within 60 days after our request We will supply you with the necessary forms.

(8) Cooperate with us in the investigation or settlement of the claim

b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed

### 4. Loss Payment

a. In the event of loss or damage covered by this Coverage Form, at our option, we will either.

(1) Pay the value of lost or damaged property;

(2) Pay the cost of repairing or replacing the lost or damaged property, subject to b. below;

(3) Take all or any part of the property at an agreed or appraised value, or

(4) Repair, rebuild or replace the property with other property of like kind and quality, subject to b. below

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition In this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

b. The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

Copyright, Insurance Services Office, Inc., 2011
CP 00 10 10 12

FILED DATE 2/3/2026 1 28 PM 2026L09 302

c. We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

d. We will not pay you more than your financial interest in the Covered Property.

e. We may adjust losses with the owners of lost or damaged property if other than you If we pay the owners, such payments will satisfy your claims against us for the owners' property We will not pay the owners more than their financial interest in the Covered Property.

f. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

g. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part, and:

(1) We have reached agreement with you on the amount of loss; or

(2) An appraisal award has been made

h. A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

5. Recovered Property

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

6. Vacancy

a. Description Of Terms

(1) As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in (1)(a) and (1)(b) below

(a) When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

(b) When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is

(i) Rented to a lessee or sublessee and used by the lessee or sublessee to conduct its customary operations; and/or

(ii) Used by the building owner to conduct customary operations.

(2) Buildings under construction or renovation are not considered vacant.

b. Vacancy Provisions

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs·

(1) We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

(a) Vandalism;

(b) Sprinkler leakage, unless you have protected the system against freezing;

(c) Building glass breakage;

(d) Water damage,

(e) Theft; or

(f) Attempted theft.

(2) With respect to Covered Causes of Loss other than those listed in b.(1)(a) through b.(1)(f) above, we will reduce the amount we would otherwise pay for the loss or damage by 15%

 Copyright, Insurance Services Office, Inc., 2011

**7 Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

a. At actual cash value as of the time of loss or damage, except as provided in **b., c., d.,** and **e** below.

b. If the *Limit of Insurance for Building satisfies the* Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property

However, the following property will be valued at the actual cash value, even when attached to the building

(1) Awnings or floor coverings;

(2) Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

(3) Outdoor equipment or furniture.

c. "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

d. Glass at the cost of replacement with safety-glazing material if required by law

e. Tenants' Improvements and Betterments at·

(1) Actual cash value of the lost or damaged property if you make repairs promptly

(2) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

(a) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

(b) Divide the amount determined in (a) above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

(3) Nothing if others pay for repairs or replacement.

**F. Additional Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

a. We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

(1) Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

(2) Divide the Limit of Insurance of the property by the figure determined in Step (1),

(3) Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step (2); and

(4) Subtract the deductible from the figure determined in Step (3).

We will pay the amount determined in Step (4) or the Limit of Insurance, whichever is less For the remainder, you will either have to rely on other Insurance or absorb the loss yourself

**Example 1 (Underinsurance)**

| When The value of the property is· | $ 250,000 |
|---|---|
| The Coinsurance percentage for it is. | 80% |
| The Limit of Insurance for it is: | $ 100,000 |
| The Deductible is: | $ 250 |
| The amount of loss is. | $ 40,000 |

Step (1): $250,000 x 80% = $200,000
(the minimum amount of Insurance to meet your Coinsurance requirements)

Step (2): $100,000 ÷ $200,000 =.50

Step (3): $40,000 x 50 = $20,000

Step (4): $20,000 - $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

Copyright, Insurance Services Office, Inc , 2011
CP 00 10 10 12

FILED DATE 2/3/2026 1 28 PM 2026L001302

### Example 2 (Adequate Insurance)

| When: | | |
|---|---|---|
| The value of the property is· | $ | 250,000 |
| The Coinsurance percentage for it is: | | 80% |
| The Limit of Insurance for it is: | $ | 200,000 |
| The Deductible is· | $ | 250 |
| The amount of loss is· | $ | 40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this example is adequate, and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250),

    **b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

### Example 3

| When: | | | |
|---|---|---|---|
| | The value of property is. | | |
| | Building at Location 1: | $ | 75,000 |
| | Building at Location 2: | $ | 100,000 |
| | Personal Property at | | |
| | Location 2 | $ | 75,000 |
| | | $ | 250,000 |
| | | | |
| | The Coinsurance percentage for it is· | | 90% |
| | The Limit of Insurance for | | |
| |    Buildings and Personal Property | | |
| |    at Locations 1 and 2 is. | $ | 180,000 |
| | The Deductible is: | $ | 1,000 |
| | | | |
| | The amount of loss is· | | |
| | Building at Location 2. | $ | 30,000 |
| | Personal Property at | | |
| |    Location 2: | $ | 20,000 |
| | | $ | 50,000 |

**Step (1):** $250,000 x 90% = $225,000
(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

**Step (2):** $180,000 : $225,000 = .80

**Step (3):** $50,000 x .80 = $40,000

**Step (4):** $40,000 - $1,000 = $39,000

We will pay no more than $39,000 The remaining $11,000 is not covered.

### 2. Mortgageholders

    **a.** The term mortgageholder includes trustee

    **b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

    **c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

    **d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder·

        **(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

        **(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

        **(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

    All of the terms of this Coverage Part will then apply directly to the mortgageholder.

    **e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

        **(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

        **(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

    At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

    **f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

        **(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

---

CP 00 10 10 12        Copyright, Insurance Services Office, Inc , 2011        Page 13 of 15

FILED DATE: 2/3/2026 1 28 PM 2026L001302

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

### G. Optional Coverages

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

**1. Agreed Value**

**a.** The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations .

**b.** If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

**c.** The terms of this Optional Coverage apply only to loss or damage that occurs:

**(1)** On or after the effective date of this Optional Coverage; and

**(2)** Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

**2. Inflation Guard**

**a.** The Limit of Insurance for property to which this Optional Coverage applies will automatically increase by the annual percentage shown in the Declarations.

**b.** The amount of increase will be·

**(1)** The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

**(2)** The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

**(3)** The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

**Example**

If: The applicable Limit of Insurance is. $ 100,000
The annual percentage increase is: 8%
The number of days since the beginning of the policy year (or last policy change) is· 146

The amount of increase is·
$100,000 x 08 x 146ᛃ 365 = $ 3,200

**3. Replacement Cost**

**a.** Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Valuation Loss Condition of this Coverage Form.

**b.** This Optional Coverage does not apply to:

**(1)** Personal property of others;

**(2)** Contents of a residence,

**(3)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac, or

**(4)** "Stock", unless the including "Stock" option is shown in the Declarations.

Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others

**c.** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage

**d.** We will not pay on a replacement cost basis for any loss or damage·

**(1)** Until the lost or damaged property is actually repaired or replaced; and

**(2)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage.

With respect to tenants' improvements and betterments, the following also apply:

**(3)** If the conditions in **d.(1)** and **d.(2)** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Loss Condition of this Coverage Form; and

 Copyright, Insurance Services Office, Inc , 2011 CP 00 10 10 12

FILED DATE: 2/3/2026 1 28 PM 2026L001302

**(4)** We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

**e.** We will not pay more for loss or damage on a replacement cost basis than the least of **(1)**, **(2)** or **(3)**, subject to **f.** below:

**(1)** The Limit of Insurance applicable to the lost or damaged property,

**(2)** The cost to replace the lost or damaged property with other property:

**(a)** Of comparable material and quality, and

**(b)** Used for the same purpose; or

**(3)** The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

**f.** The cost of repair or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**4. Extension Of Replacement Cost To Personal Property Of Others**

**a.** If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable If the Declarations show this Extension as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

**b.** With respect to replacement cost on the personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

**H. Definitions**

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste Waste includes materials to be recycled, reconditioned or reclaimed.

**3.** "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

  Copyright, Insurance Services Office, Inc., 2011

FILED DATE 2/3/2026 1 28 PM 2026L001302

CP 00 90 07 88

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions In Commercial Property Coverage Forms.

## A. CONCEALMENT, MISREPRESENTATION OR FRAUD

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1 This Coverage Part,

2. The Covered Property;

3. Your Interest in the Covered Property; or

4 A claim under this Coverage Part.

## B. CONTROL OF PROPERTY

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist

## C. INSURANCE UNDER TWO OR MORE COVERAGES

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage

## D. LEGAL ACTION AGAINST US

No one may bring a legal action against us under this Coverage Part unless

1. There has been full compliance with all of the terms of this Coverage Part; and

2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

## E. LIBERALIZATION

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

## F. NO BENEFIT TO BAILEE

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

## G. OTHER INSURANCE

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis

2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not But we will not pay more than the applicable Limit of Insurance

## H. POLICY PERIOD, COVERAGE TERRITORY

Under this Coverage Part

1. We cover loss or damage commencing:

a. During the policy period shown in the Declarations; and

b. Within the coverage territory.

2. The coverage territory is,

a. The United States of America (including its territories and possessions);

b. Puerto Rico, and

c. Canada

## I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them But you may waive your rights against another party in writing:

1 Prior to a loss to your Covered Property or Covered Income.

2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following·

a. Someone insured by this insurance;

b. A business firm:

(1) Owned or controlled by you; or

(2) That owns or controls you; or

c. Your tenant

This will not restrict your insurance.

CP 00 90 07 88          Copyright, ISO Commercial Risk Services, Inc , 1983, 1987

FILED DATE 2/3/2026 1 28 PM 2026L001302

COMMERCIAL PROPERTY
CP 10 10 10 12

# CAUSES OF LOSS - BASIC FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section E. Definitions

## A. Covered Causes Of Loss

When Basic is shown in the Declarations, Covered Causes of Loss means the following·

1. Fire

2. Lightning.

3. Explosion, including the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass. This cause of loss does not include loss or damage by·

   a. Rupture, bursting or operation of pressure-relief devices; or

   b. Rupture or bursting due to expansion or swelling of the contents of any building or structure, caused by or resulting from water.

4. Windstorm or Hail, but not including·

   a. Frost or cold weather;

   b. Ice (other than hail), snow or sleet, whether driven by wind or not;

   c. Loss or damage to the interior of any building or structure, or the property inside the building or structure, caused by rain, snow, sand or dust, whether driven by wind or not, unless the building or structure first sustains wind or hail damage to its roof or walls through which the rain, snow, sand or dust enters, or

   d. Loss or damage by hail to lawns, trees, shrubs or plants which are part of a vegetated roof.

5. Smoke causing sudden and accidental loss or damage. This cause of loss does not include smoke from agricultural smudging or industrial operations.

6. Aircraft or Vehicles, meaning only physical contact of an aircraft, a spacecraft, a self-propelled missile, a vehicle or an object thrown up by a vehicle with the described property or with the building or structure containing the described property. This cause of loss includes loss or damage by objects falling from aircraft

   We will not pay for loss or damage caused by or resulting from vehicles you own or which are operated in the course of your business.

7. Riot or Civil Commotion, including·

   a. Acts of striking employees while occupying the described premises; and

   b. Looting occurring at the time and place of a riot or civil commotion.

8. Vandalism, meaning willful and malicious damage to, or destruction of, the described property.

   We will not pay for loss or damage caused by or resulting from theft, except for building damage caused by the breaking in or exiting of burglars.

9. Sprinkler Leakage, meaning leakage or discharge of any substance from an Automatic Sprinkler System, including collapse of a tank that is part of the system.

   If the building or structure containing the Automatic Sprinkler System is Covered Property, we will also pay the cost to.

   a. Repair or replace damaged parts of the Automatic Sprinkler System if the damage:

      (1) Results in sprinkler leakage; or

      (2) Is directly caused by freezing.

   b. Tear out and replace any part of the building or structure to repair damage to the Automatic Sprinkler System that has resulted in sprinkler leakage

   Automatic Sprinkler System means.

   (1) Any automatic fire-protective or extinguishing system, including connected.

      (a) Sprinklers and discharge nozzles;

      (b) Ducts, pipes, valves and fittings;

      (c) Tanks, their component parts and supports; and

      (d) Pumps and private fire protection mains

   (2) When supplied from an automatic fire-protective system:

      (a) Non-automatic fire-protective systems; and

      (b) Hydrants, standpipes and outlets.

FILED DATE 2/3/2026 1 28 PM 2026L001302

10. Sinkhole Collapse, meaning loss or damage caused by the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite This cause of loss does not include·

a. The cost of filling sinkholes; or

b. Sinking or collapse of land into man-made underground cavities.

11 Volcanic Action, meaning direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by.

a. Airborne volcanic blast or airborne shock waves,

b. Ash, dust or particulate matter; or

c. Lava flow

With respect to coverage for Volcanic Action as set forth in 11.a., 11.b. and 11 c., all volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

This cause of loss does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

B. Exclusions

1. We will not pay for loss or damage caused directly or indirectly by any of the following, Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

a. Ordinance Or Law

The enforcement of or compliance with any ordinance or law.

(1) Regulating the construction, use or repair of any property; or

(2) Requiring the tearing down of any property, including the cost of removing its debris.

This exclusion, Ordinance Or Law, applies whether the loss results from

(a) An ordinance or law that is enforced even if the property has not been damaged; or

(b) The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

b. Earth Movement

(1) Earthquake, including tremors and aftershocks and any earth sinking, rising or shifting related to such event,

(2) Landslide, including any earth sinking, rising or shifting related to such event;

(3) Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased,

(4) Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface

But if Earth Movement, as described in b.(1) through (4) above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

(5) Volcanic eruption, explosion or effusion But if volcanic eruption, explosion or effusion results in fire or Volcanic Action, we will pay for the loss or damage caused by that fire or Volcanic Action

This exclusion applies regardless of whether any of the above, in Paragraphs (1) through (5), is caused by an act of nature or is otherwise caused.

c. Governmental Action

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part

d Nuclear Hazard

Nuclear reaction or radiation, or radioactive contamination, however caused

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire

e. Utility Services

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure

Copyright, Insurance Services Office, Inc , 2011

CP 10 10 10 12

FILED DATE 2/3/2026 1 28 PM 2026L001302

(1) Originates away from the described premises; or

(2) Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network

f. **War and Military Action**

(1) War, including undeclared or civil war,

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents, or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

g. **Water**

(1) Flood, surface water, waves (including tidal wave and tsunami), tides, tidal waves, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge),

(2) Mudslide or mudflow;

(3) Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment,

(4) Water under the ground surface pressing on, or flowing or seeping through:

(a) Foundations, walls, floors or paved surfaces;

(b) Basements, whether paved or not; or

(c) Doors, windows or other openings, or

(5) Waterborne material carried or otherwise moved by any of the water referred to in Paragraph (1), (3) or (4), or material carried or otherwise moved by mudslide or mudflow

This exclusion applies regardless of whether any of the above, in Paragraphs (1) through (5), is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs (1) through (5), results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

h. **"Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria

But if "fungus", wet or dry rot or bacteria results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion does not apply:

(1) When "fungus", wet or dry rot or bacteria result from fire or lightning; or

(2) To the extent that coverage is provided in the Additional Coverage, Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria, with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions B 1.a. through B.1.h. apply whether or not the loss event results in widespread damage or affects a substantial area.

2 We will not pay for loss or damage caused by or resulting from·

a. Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

(1) Electrical or electronic wire, device, appliance, system or network; or

(2) Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

FILED DATE 2/3/2026 1:28 PM 2026L061302

(a) Electrical current, including arcing;

(b) Electrical charge produced or conducted by a magnetic or electromagnetic field;

(c) Pulse of electromagnetic energy; or

(d) Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by that fire

b. Rupture or bursting of water pipes (other than Automatic Sprinkler Systems) unless caused by a Covered Cause of Loss

c. Leakage or discharge of water or steam from any part of a system or appliance containing water or steam (other than an Automatic Sprinkler System), unless the leakage or discharge occurs because the system or appliance was damaged by a Covered Cause of Loss. But we will not pay for loss or damage caused by or resulting from continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

d. Explosion of steam boilers steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control.

But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion.

e. Mechanical breakdown, including rupture or busting caused by centrifugal force

But if mechanical breakdown results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

f. Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss

3. **Special Exclusions**

The following provisions apply only to the specified Coverage Forms:

a. Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, Or Extra Expense Coverage Form

We will not pay for:

(1) Any loss caused by or resulting from·

(a) Damage or destruction of "finished stock", or

(b) The time required to reproduce "finished stock".

This exclusion does not apply to Extra Expense.

(2) Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers

(3) Any increase of loss caused by or resulting from.

(a) Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons, or

(b) Suspension, lapse or cancellation of any license, lease or contract But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

(4) Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

(5) Any other consequential loss.

b. **Leasehold Interest Coverage Form**

(1) Paragraph B.1.a., Ordinance Or Law, does not apply to insurance under this Coverage Form

(2) We will not pay for any loss caused by:

(a) Your cancelling the lease,

(b) The suspension, lapse or cancellation of any license, or

(c) Any other consequential loss

Copyright, Insurance Services Office, Inc , 2011

FILED DATE 2/3/2026 1 28 PM 2026L001302

c. **Legal Liability Coverage Form**

(1) The following exclusions do not apply to Insurance under this Coverage Form·

   (a) Paragraph **B.1 a.** Ordinance Or Law,

   (b) Paragraph **B.1.c.** Governmental Action;

   (c) Paragraph **B.1.d.** Nuclear Hazard,

   (d) Paragraph **B.1.e.** Utility Services, and

   (e) Paragraph **B.1.f.** War And Military Action.

(2) The following additional exclusions apply to Insurance under this Coverage Form·

   (a) **Contractual Liability**

   We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

   (i) Your assumption of liability was executed prior to the accident; and

   (ii) The building is Covered Property under this Coverage Form

   (b) **Nuclear Hazard**

   We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

C. **Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

1. The coverage described in **C.2.** and **C.6.** only applies when the "fungus", wet or dry rot or bacteria are the result of one or more of the following causes that occur during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence

   a. A Covered Cause of Loss other than fire or lightning; or

   b Flood, if the Flood Coverage Endorsement applies to the affected premises

This Additional Coverage does not apply to lawns, trees, shrubs or plants which are part of a vegetated roof.

2. We will pay for loss or damage by "fungus", wet or dry rot or bacteria As used in this Limited Coverage, the term loss or damage means·

   a. Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

   b. The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria, and

   c. The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

3. The coverage described under **C.2.** of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of Covered Causes of Loss (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus", wet or dry rot or bacteria continue to be present or active, or recur, in a later policy period.

4. The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property

   If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria cause an increase in the loss Any such increase in the loss will be subject to the terms of this Limited Coverage

5. The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **b.** of Covered Causes Of Loss **9.** Sprinkler Leakage.

FILED DATE 2/3/2026 1 28 PM 2026L001302

6. The following, **6.a.** or **6.b.**, applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage Form

   a. If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary duo to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. *The days need not be consecutive.*

   b. If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days The days need not be consecutive.

**D. Limitation**

We will pay for loss of animals only if they are killed or their destruction is made necessary.

**E. Definitions**

"Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents *or by-products produced or released by fungi.*

 Copyright, Insurance Services Office, Inc , 2011 CP 10 10 10 12

FILED DATE 2/3/2026 1 28 PM 2026L001302

**THIS ENDORSEMENT CHANGES THE POLICY, PLEASE READ IT CAREFULLY.**

**WINDSTORM OR HAIL FIXED DOLLAR DEDUCTIBLE**

*This endorsement is **EFFECTIVE**    07/11/2024          *and is part of Policy Number:   WS579326

*issued to: J&R International and 2436 N Milwaukee, LLC DBA Logan Square Car Wash

*Entry optional if shown in the Common Policy Declarations. If no entry is shown, the effective date of the endorsement is the same as the effective date of the policy

This endorsement modifies insurance provided under the following.

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

**SCHEDULE**

| Premises No. | Building No. | Windstorm or Hail Deductible Fixed Dollar Deductible |
|---|---|---|
| 001 | 001 | $    5,000 |

The Windstorm or Hail Deductible, as shown in the Schedule and as set forth in this endorsement, applies to covered loss or damage caused directly or indirectly by Windstorm or Hail  This Deductible applies to each occurrence of Windstorm or Hail.

Nothing in this endorsement implies or affords coverage for any loss or damage that is excluded under the terms of the Water Exclusion or any other exclusion in this policy. If this policy is endorsed to cover Flood under the Flood Coverage Endorsement (or if you have a flood insurance policy), a separate Flood Deductible applies to loss or damage attributable to Flood, in accordance with the terms of that endorsement or policy.

As used in this endorsement, the terms "specific insurance" and "blanket insurance" have the following meanings: Specific insurance covers each item of insurance (for example, each building or personal property in a building) under a separate Limit of insurance  Blanket insurance covers two or more items of insurance (for example, a building and personal property in that building, or two buildings) under a single Limit of insurance. Items of insurance and corresponding Limit(s) of insurance are shown in the Declarations.

© 2016 The Travelers Indemnity Company. All rights reserved
Includes copyrighted material of Insurance Services Office, Inc. with its permission

S2895-CP (11/16)                                                                                                    Page 1  of 2

FILED DATE 2/3/2026 1 28 PM 2026L001302

## WINDSTORM OR HAIL DEDUCTIBLE CLAUSE

### A. All Policies

    1. A *Windstorm* or *Hail Deductible* is calculated separately for, and applies separately to.

       a. Each building that sustains loss or damage,

       b. Personal property at each building at which there is loss or damage to personal property;

       c. Personal property in the open.

    If there is damage to both a building and personal property in that building, separate deductibles apply to the building and to the personal property.

    2. We will not pay for loss or damage until the amount of loss or damage exceeds the applicable Windstorm or Hail Deductible. We will then pay the amount of loss or damage in excess of that Deductible, up to the applicable Limit of Insurance, after any reduction required by any of the following: Coinsurance Condition, Agreed Value Optional Coverage; any provision in a Value Reporting Form relating to full reporting or failure to submit reports.

### B. Calculation Of The Deductible - Specific Insurance

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to the fixed dollar deductible (as shown in the Schedule) applicable to the property that has sustained loss or damage.

### C. Calculation Of The Deductible - Blanket Insurance

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to the *windstorm* or *hail fixed dollar deductible* (as shown in the Schedule) applicable to the value(s) of the property that has sustained loss or damage. The value(s) to be used are those shown in the Statement of Values on file with us If there is no Statement of Values on file with us, then the value(s) to be used will be the value of the property at the time of loss

### D. Calculation Of The Deductible - Property Covered Under The Newly Acquired or Constructed Property Additional Coverage

The following applies when property is covered under the **Newly Acquired or Constructed Property Additional Coverage.**

In determining the amount, if any, that we will pay for loss or damage to such property, we will deduct an amount equal to the *windstorm* or *hail fixed dollar deductible* (as shown in the Schedule) applicable to the value(s) of the property at time of loss The applicable fixed dollar deductible for Newly Acquired or Constructed Property is the highest fixed dollar deductible shown in the Schedule

### EXAMPLES - APPLICATION OF DEDUCTIBLE

#### Example #1 - Specific Insurance

The amounts of loss to the damaged property are $60,000 (building) and $40,000 (business personal property in building).

The value of the damaged building at time of loss is $100,000 The value of the business personal property in that building is $80,000

The actual *Limits of Insurance* on the damaged property are $80,000 on the building and $64,000 on the business personal property.

The Deductible is $2,500

**Building**

Step (1)·    $60,000 - $2,500 = $57,500

**Business Personal Property**

Step (1).    $40,000 - $2,500 = $37,500

The most we will pay is $95,000 ($57,500 + $37,500). The portion of the total loss that is not covered due to the application of the Deductible is $5,000 ($2,500 + $2,500).

#### Example #2 - Blanket Insurance

The sum of the values of Building #1 ($500,000), Building #2 ($500,000) and Building #3 ($1,000,000) as shown in the Declarations is $2,000,000

Buildings #1 and #2 have sustained damage, the amounts of loss to these buildings are $40,000 (Building #1) and $20,000 (Building #2).

The Deductible is $5,000.

**Building #1**

Step (1)·    $40,000 - $5,000 = $35,000

**Building #2**

Step (2)·    $20,000 - $5,000 = $15,000

The most we will pay is $50,000 ($35,000 + $15,000). The portion of the total loss that is not covered due to the application of the Deductible is $10,000

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

FILED DATE 2/3/2026 1.28 PM 2026L091302

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## LIMITATIONS ON COVERAGE FOR ROOF SURFACING

*This endorsement is **EFFECTIVE:**     07/11/2024     *and is part of Policy Number. WS579326

*Issued to. J&R International and 2436 N Milwaukee, LLC DBA Logan Square Car Wash

*Entry optional if shown in the Policy Declarations. If no entry is shown, the effective date of the endorsement is the same as the effective date of the policy

This endorsement modifies insurance provided under the following·

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM

**SCHEDULE**

| Premises Number | Building Number | Indicate Applicability (Paragraph A. and/or Paragraph B ) |
|---|---|---|
| 001 | 001 | A. and B. |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations

A.  The following applies with respect to loss or damage by a Covered Cause of Loss (including wind and hail if covered) to a building or structure identified in the Schedule as being subject to this Paragraph A.:

   Replacement Cost coverage (if otherwise applicable to such property) does not apply to roof surfacing. Instead, we will determine the value of roof surfacing at actual cash value as of the time of loss or damage

B.  The following applies with respect to loss or damage by wind or hail to a building or structure identified in the Schedule as being subject to this Paragraph B.:

   We will not pay for cosmetic damage to roof surfacing caused by wind or hail. For the purpose of this endorsement, cosmetic damage means marring, pitting or any other damage that alters the physical appearance of any part of the roof surfacing but does not result in damage that allows the penetration of water or other outdoor elements through the roof surfacing immediately following the loss or does not result in the failure of the roof surfacing to perform its intended function immediately following the loss.

C.  For the purpose of this endorsement, roof surfacing refers to all roofing materials that are exposed to the weather and any materials that:

   1.  Extend above the surface of the roof, such as vents, vent caps, turbines and piping;

   2.  Are used in securing the roof surface; or

   3.  Are applied to or under the roof surface for moisture protection, including all flashings.

© 2022 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

S3013-CP (9/22)             Page 1 of 1

FILED DATE 2/3/2026 1 28 PM 2026L001302

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - FAULTY, INADEQUATE OR DEFECTIVE

This endorsement modifies insurance provided under the following.

CAUSES OF LOSS - BASIC FORM
CAUSES OF LOSS - BROAD FORM
CAUSES OF LOSS - SPECIAL FORM

A. The following is added to Section **B. Exclusions** paragraph 3. in the CAUSES OF LOSS - BASIC FORM and CAUSES OF LOSS - BROAD FORM.

**Faulty, Inadequate Or Defective:**

We will not pay for any resulting loss or damage caused by or resulting from faulty, inadequate or defective·

(1) Planning, zoning, development, surveying, siting:

(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3) Materials used in repair, construction, renovation or remodeling, or

(4) Maintenance,

of part or all of any property on or off the described premises

If an excluded cause of loss that is listed above results in a Covered Cause of Loss, we will pay for the resulting loss or damage caused by that Covered Cause  But we will not pay for·

(1) Any cost of:

   (a) Correcting or making good the fault, inadequacy or defect itself, or

   (b) Tearing down, tearing out, repairing or replacing any part of any property to correct the fault, inadequacy or defect.

(2) Any resulting loss or damage by a Covered Cause of Loss to the property that has the fault, inadequacy or defect until the fault, inadequacy or defect is corrected.

B. The following is added to Section **B. Exclusions** paragraph 3.c. in the CAUSES OF LOSS - SPECIAL FORM·

We will not pay for·

(1) Any cost of:

   (a) Correcting or making good the fault, inadequacy or defect itself, or

   (b) Tearing down, tearing out, repairing or replacing any part of any property to correct the fault, inadequacy or defect.

(2) Any resulting loss or damage by a Covered Cause of Loss to the property that has the fault, inadequacy or defect until the fault, inadequacy or defect is corrected.

© 2021 The Travelers Indemnity Company  All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc  with its permission

S3175-CP (3/21)



EXCESS & SURPLUS LINES | A TRAVELERS COMPANY

The Northfield Insurance Company
385 Washington Street, 9275-SB03N
St. Paul, MN 55102
Office. 800.328.5972   Fax· 866.248 4608
northfieldins com

May 8, 2025

Joshua Boydte
Riverside Public Adjusters
2200 South Main Street, Suite 302
Lombard, IL 60148
Via Email to rspagroup@outlook.com

Re:      Named Insured:      J&R International and 2436 N Milwaukee, LLC
                             DBA Logan Square Car Wash
            Our Claim Number:    F3J0874
            Policy Number:        WS579326
            Date of Loss:          August 27, 2024 (as reported)
            Loss Location:        2436 N Milwaukee Ave., Chicago, IL
            Type of Loss:          Hail
            Underwriting Company· Northfield Insurance Company

Dear Mr. Boydte:

We are writing to further acknowledge receipt of a claim for property damage which was reported to have occurred on or about August 27, 2024.

This claim was referred to us for consideration under Policy WS579326, for the policy period of July 11, 2024 to July 11, 2025. The policy provides building and business personal property coverage subject to all the terms and conditions of the policy.

After careful review of the policy issued to J&R International and 2436 N Milwaukee, LLC DBA Logan Square Car Wash by Northfield Insurance Company, we have determined that a portion of this claim is not covered by the policy. The reasons for this decision are set forth in detail below.

On February 4, 2025, our outside claim representative (OCR) Ben Roby, inspected this building with you. The hail impacts Mr. Roby observed along with review of historical weather data is inconsistent with a hail event that occurred on a date within this policy period. We engaged Donan Engineering to re-inspect the property to verify if the hail impacts observed occurred on a date within this policy period and if the hail impacts are cosmetic or functional in nature.

On April 10, 2025, Roger Zimmer, P.E., Forensic Engineer with Donan, re-inspected this property along with others. Mr. Zimmer provided a report on his inspection findings which is enclosed with this correspondence. Based on his inspection and research, Mr. Zimmer concluded that the roof membrane coating was hail-damaged prior to this policy effective date of July 11, 2024, and no storm with the potential to produce hail of at least 0.75" inches in diameter occurred within 1 mile of the property after July 11, 2024. Mr. Zimmer further reported the roof membrane has cracks due to age-related deterioration and round dents in metal trim and flue vent caps consist of cosmetic only damage.



PLAINTIFF'S
EXHIBIT
B

FILED DATE: 2/3/2026 1 28 PM   2026L001302

J&R International and 2436 N Milwaukee, LLC DBA Logan Square Car Wash
Page 2

We draw your attention to that section of the policy titled, **BUILDING AND PERSONAL PROPERTY COVERAGE FORM, CP 00 10 (10/12),** which states:

A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

We refer you to that part of the policy, specifically to the section titled, **COMMERCIAL PROPERTY CONDITIONS, CP 00 90 (07/88),** which states·

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

H. POLICY PERIOD, COVERAGE TERRITORY

Under this Coverage Part:

1. We cover loss or damage commencing:

a. During the policy period shown in the Declarations; and

b. Within the coverage territory.

2. The coverage territory is:

a. The United States of America (including its territories and possessions);

b. Puerto Rico; and

c. Canada.

We also draw your attention to that section of the policy titled, **CAUSES OF LOSS – BASIC FORM, CP 10 10 (10/12),** which states·

A. Covered Causes Of Loss

When Basic is shown in the Declarations, Covered Causes of Loss means the following:

1. Fire.
2. Lightning.
3. Explosion, including the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass. This cause of loss does not include loss or damage by:

a. Rupture, bursting or operation of pressure-relief devices; or

FILED DATE: 2/3/2026 1 28 PM 2026L001302

J&R International and 2436 N Milwaukee, LLC DBA Logan Square Car Wash
Page 3

       b. Rupture or bursting due to expansion or swelling of the contents of any building or structure, caused by or resulting from water.

4.   Windstorm or Hail, but not including.

       c. Loss or damage to the interior of any building or structure, or the property inside the building or structure, caused by rain, snow, sand or dust, *whether driven by wind or not, unless the building or structure first* sustains wind or hail damage to its roof or walls through which the rain, snow, sand or dust enters...

5.   Smoke ..
6.   Aircraft or Vehicles...
7.   Riot or Civil Commotion...
8.   Vandalism, meaning willful and malicious damage to, or destruction of, the described property.

    We will not pay for loss or damage caused by or resulting from theft, except for building damage caused by the breaking in or exiting of burglars.

9.   Sprinkler Leakage.
10.  Sinkhole Collapse...
11.  Volcanic Action...

We also draw your attention to that section of the policy titled, **LIMITATIONS ON COVERAGE FOR ROOF SURFACING, S3013-CP (9/22)**, which states:

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM

B. The following applies with respect to loss or damage by wind or hail to a building or structure identified in the Schedule as being subject to this Paragraph B.:

    We will not pay for cosmetic damage to roof surfacing caused by wind or hail. For the purpose of this endorsement, cosmetic damage means marring, pitting or any other damage that alters the physical appearance of any part of the roof surfacing but does not result in damage that allows the penetration of water or other outdoor elements through the roof surfacing immediately following the loss or does not result in the failure of the roof surfacing to perform its intended function immediately following the loss.

C. For the purpose of this endorsement, roof surfacing refers all roofing materials that are exposed to the weather and any materials that:

    1. Extend above the surface of the roof, such as vents, vent caps, turbines and piping;

FILED DATE: 2/3/2026 1 28 PM 2026L001302

J&R International and 2436 N Milwaukee, LLC DBA Logan Square Car Wash
Page 4

2. Are used in securing the roof surface; or

3. Are applied to or under the roof surface for moisture protection, including all flashings.

We further draw your attention to that section of your policy titled, **EXCLUSION-FAULTY, INADEQUATE OR DEFECTIVE, S3175-CP (3/21),** which states.

A. The following is added to Section **B. Exclusions** paragraph 3. in the CAUSES OF LOSS – BASIC FORM and CAUSES OF LOSS – BROAD FORM:

**Faulty, Inadequate Or Defective:**

We will not pay for any resulting loss or damage caused by or resulting from faulty, inadequate, or defective:

(1) Planning, zoning, development, surveying, siting,

(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3) Materials used in repair, construction, renovation or remodeling; or

(4) Maintenance;

Of part or all of any property on or off the described premises.

There is no coverage for loss or damage that is outside of the policy period. Therefore, you may wish to contact your insurance agent to report the claim to your prior insurance carrier.

There is no coverage for loss or damage caused by or resulting from deterioration as that is not a Covered Cause of Loss under your policy.

There is no coverage for any resulting loss or damage caused by or resulting from faulty or inadequate maintenance as it is specifically excluded under your policy.

There is no coverage for the cosmetic damage to roof surfacing caused by wind or hail as it is specifically excluded under your policy.

Our position regarding this claim is based upon our assessment of the information presently available to us. If you have any further information that you believe would be relevant to our coverage determination, please send that information to me for our consideration.

This letter does not waive any of the rights that Northfield may have under the terms of the insurance policy or at law This letter is not intended to be an exhaustive statement of all exclusions and/or conditions which may be applicable. All rights which Northfield may have under the terms of the insurance policy and at law are specifically reserved. We expressly do not waive our right to deny coverage for any other valid reason or modify our coverage position at any time upon receipt of additional information.

FILED DATE: 2/3/2026 1 28 PM 2026L001302

J&R International and 2436 N Milwaukee, LLC DBA Logan Square Car Wash
Page 5

**Illinois Required Language**
Part 919 of the Rules of the Illinois Department of Insurance requires that our company advise you that if you wish to take this matter up with the Illinois Department of Insurance, it maintains a Consumer Division in Chicago at 100 W. Randolph Street, Suite 15-100, Chicago, Illinois 60601 and in Springfield at 320 West Washington Street, Springfield, Illinois 62767.

If you have any further questions, please contact me at 1-800-328-5972, Extension 04578.

Sincerely,

*Amanda Moses*
Amanda Moses | Claim Professional
Northfield Insurance Company
FL Company Employee Adjuster
FL License Number: W389945
acmoses@northlandins.com

cc:     Houpis, Weisberg and Scharff
        Larry Rubin
        larry@hwsinsuranceagency.com